**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| In re: MORAN LAKE CONVALESCENT CENTER, LLC § Case No. 10-43405 | |
| § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on August 31, 2010. The case was converted to one under Chapter 7 on September 23, 2010. The undersigned trustee was appointed on September 23, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $      3,904,403.25

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 2,245,689.13 |
    | Administrative expenses | 8,001.00 |
    | Bank service fees | 25,042.08 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 437,669.97 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1] | $      1,188,001.07 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/02/2011 and the deadline for filing governmental claims was 02/27/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $127,252.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $127,252.00, for a total compensation of $127,252.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $2,349.76, for total expenses of $2,349.76.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/02/2014      By: /s/Tracey L. Montz
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-43405  
**Case Name:** MORAN LAKE CONVALESCENT CENTER, LLC  

**Period Ending:** 07/02/14

**Trustee:** (300380) Tracey L. Montz  
**Filed (f) or Converted (c):** 09/23/10 (c)  
**§341(a) Meeting Date:** 10/21/10  
**Claims Bar Date:** 06/02/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RENT FOR 139 MORAN LAKE RD.  (u) | 0.00 | 0.00 | | 1,566,650.19 | FA |
| 2 | 139 Moran Lake Road, Rome, GA, 30161 | 3,600,000.00 | 1,700,000.00 | | 1,900,000.00 | FA |
| 3 | Hasty Road (15 acres)-contiguous to nursing home | 200,000.00 | 0.00 | | 0.00 | FA |
| 4 | Contingent /noncontingent interests vs. SAS | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 5 | Judgment  vs. HR & D members  (u)<br>    Single judgment rendered in both Moran Lake 10-43405 and Houser 05-43407.  Judgment being pursued in Houser case. | 48,549.92 | 48,549.92 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 83.09 | FA |
| 6 | **Assets    Totals** (Excluding unknown values) | **$5,848,549.92** | **$1,748,549.92** | | **$3,466,733.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2013           **Current Projected Date Of Final Report (TFR):**     July 2, 2014  (Actual)

Printed: 07/02/2014 01:04 PM    V.13.15

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-43405 | | Trustee: | Tracey L. Montz (300380) |
|---|---|---|---|---|
| Case Name: | MORAN LAKE CONVALESCENT CENTER, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******74-65 - Checking Account |
| Taxpayer ID #: | **-***4712 | | Blanket Bond: | $62,105,000.00   (per case limit) |
| Period Ending: | 07/02/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/08/10 | {1} | EVERGEEN HEALTH & REHABILITATION CENTER | OCTOBER 2010 RENT PAYMENT | 1222-000 | 33,204.18 | | 33,204.18 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.18 | | 33,204.36 |
| 11/12/10 | {1} | EVERGREEN HEALTH & REHABILIATION CENTER | NOVEMBER RENT PAYMENT 2010 | 1222-000 | 33,204.18 | | 66,408.54 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.00 | | 66,409.54 |
| 12/02/10 | {1} | EVERGREEN HEALTH & REHAB CENTER | SEPT . NET PROFIT PROCEEDS PER LEASE AGREEMENT FOR 9/10 | 1222-000 | 54,275.57 | | 120,685.11 |
| 12/14/10 | {1} | EVERGREEN HEALTH & REHABILIATION CENTER | OCT. NET PROFIT PROCEEDS PER LEASE AGREEMENT FOR 10/10 | 1222-000 | 47,953.72 | | 168,638.83 |
| 12/20/10 | {1} | EVERGREEN HEALTH & REHAB CENTER | DECEMBER RENT PAYMENT - 2010 | 1222-000 | 33,204.18 | | 201,843.01 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.95 | | 201,846.96 |
| 01/10/11 | {1} | EVERGREEN HEALTH & REHAB CENTER | JANUARY 2011 RENT PAYMENT | 1222-000 | 33,204.18 | | 235,051.14 |
| 01/10/11 | {1} | EVERGREEN HEALTH & REHAB CENTER | NOV. NET PROFIT PROCEEDS PER LEASE AGREEMENTS FOR 11/10 | 1222-000 | 47,576.72 | | 282,627.86 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 6.07 | | 282,633.93 |
| 02/04/11 | {1} | EVERGREEN HEALTH & REHAB | DEC. NET PROFITS PROCEEDS PER LEASE AGREEMENT FOR 12/10 | 1222-000 | 54,333.72 | | 336,967.65 |
| 02/11/11 | {1} | EVERGREEN HEALTH & REHAAB | FEBRUARY, 2011, RENT | 1222-000 | 33,204.18 | | 370,171.83 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 7.89 | | 370,179.72 |
| 03/04/11 | {1} | EVERGREEN HEALTH & REHAB | JANUARY NET PROFITS FOR 1/11 | 1222-000 | 55,266.22 | | 425,445.94 |
| 03/06/11 | 1001 | THE NOWLIN GROUP INC. | PER ORDER ENTERED 3/4/11 | 2500-000 | | 501.00 | 424,944.94 |
| 03/10/11 | {1} | EVERGREEN HEALTH & REHAB | Net profits check returned for no signature | 1222-000 | -55,266.22 | | 369,678.72 |
| 03/14/11 | {1} | EVERGREEN  HEALTH AND REHAB | MARCH RENT | 1222-000 | 33,204.18 | | 402,882.90 |
| 03/15/11 | {1} | EVERGREEN HEALTH & REHAB | replacement check for returned unsigned check for January net profits | 1222-000 | 55,266.22 | | 458,149.12 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 10.74 | | 458,159.86 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 11.28 | | 458,171.14 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 11.67 | | 458,182.81 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 3.75 | | 458,186.56 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 3.88 | | 458,190.44 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 878.71 | 457,311.73 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 3.88 | | 457,315.61 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,065.21 | 456,250.40 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | -31.38 | 456,281.78 |
| | | | Subtotals : | | $458,695.32 | $2,413.54 | |

{} Asset reference(s)

Printed: 07/02/2014 01:04 PM    V.13.15

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-43405  
**Case Name:** MORAN LAKE CONVALESCENT CENTER, LLC  
**Taxpayer ID #:** **-***4712  
**Period Ending:** 07/02/14  

**Trustee:** Tracey L. Montz (300380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******74-65 - Checking Account  
**Blanket Bond:** $62,105,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Adjustment | | | | |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.74 | | 456,285.52 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 937.51 | 455,348.01 |
| 10/21/11 | 1002 | HEALTHTRUST | PER ORDER ENTERED 6/30/11 | 3711-000 | | 7,500.00 | 447,848.01 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.85 | | 447,851.86 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 902.92 | 446,948.94 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.66 | | 446,952.60 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 979.73 | 445,972.87 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.78 | | 445,976.65 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 916.38 | 445,060.27 |
| 01/10/12 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2012 FOR CASE #10-43405 Voided on 01/10/12 | 2300-000 | | 386.64 | 444,673.63 |
| 01/10/12 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2012 FOR CASE #10-43405 Voided: check issued on 01/10/12 | 2300-000 | | -386.64 | 445,060.27 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.95 | | 445,062.22 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.82 | | 445,064.04 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 972.97 | 444,091.07 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 879.68 | 443,211.39 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 908.22 | 442,303.17 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 876.14 | 441,427.03 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 995.13 | 440,431.90 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 872.43 | 439,559.47 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 960.78 | 438,598.69 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 928.72 | 437,669.97 |
| 09/27/12 | 1004 | CLERK OF US BANKRUPTCY COURT AS CUSTODIAN FOR DISPUTED FUNDS | ADVERSARY PROCEEDING 12-04015 - PER ORDER ENTERED 9/25/12 | 8500-000 | | 437,669.97 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 458,714.12 | 458,714.12 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 458,714.12 | 458,714.12 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$458,714.12** | **$458,714.12** | |

{} Asset reference(s)                                               Printed: 07/02/2014 01:04 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 10-43405 | **Trustee:** Tracey L. Montz (300380) |
| **Case Name:** MORAN LAKE CONVALESCENT CENTER, LLC | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******74-66 - Checking Account |
| **Taxpayer ID #:** **-***4712 | **Blanket Bond:** $62,105,000.00  (per case limit) |
| **Period Ending:** 07/02/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 07/02/2014 01:04 PM      V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 10-43405 | **Trustee:** Tracey L. Montz (300380) |
| **Case Name:** MORAN LAKE CONVALESCENT CENTER, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9765 - Checking Account |
| **Taxpayer ID #:** **-***4712 | **Blanket Bond:** $62,105,000.00  (per case limit) |
| **Period Ending:** 07/02/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 07/02/2014 01:04 PM     V.13.15

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-43405  
**Case Name:** MORAN LAKE CONVALESCENT CENTER, LLC  
**Taxpayer ID #:** **-***4712  
**Period Ending:** 07/02/14  

**Trustee:** Tracey L. Montz (300380)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9767 - Checking Account  
**Blanket Bond:** $62,105,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/13 | | UNITED STATES TREASURY | FUNDS FROM REGISTRY OF COURT PER SETTLEMENT ORDER ENTERED 11/22/13 | | 1,524,267.10 | | 1,524,267.10 |
| | {1} | | Additional rents collected  1,086,597.13 from third parties- funds held and turned over by USBC | 1222-000 | | | 1,524,267.10 |
| | | | Original rents collected  437,669.97 from tenant - held by and turned over by USBC | 1290-002 | | | 1,524,267.10 |
| 12/10/13 | {1} | EVERGREEN HEALTH & REHAB CTR | DECEMBER RENT PRO RATED THRU CLOSING FOR EVERGREEN | 1222-000 | 4,819.95 | | 1,529,087.05 |
| 12/10/13 | {1} | EVERGREEN HEALTH & REHAB CTR | NOVEMBER RENT FOR EVERGREEN | 1222-000 | 16,602.08 | | 1,545,689.13 |
| 12/12/13 | {2} | John T Corwin PC | Sale of MLCC/Settlement per order entered 11/22/13 | 1110-000 | 1,900,000.00 | | 3,445,689.13 |
| 12/12/13 | | HOLT, NEY ZATCOFF & WASSERMAN, LLP ESCROW ACCT | SECURED CLAIM OF ROSWELL PER ORDER ENTERED 11/22/13 | 4110-000 | | 2,245,689.13 | 1,200,000.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,751.90 | 1,198,248.10 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,780.95 | 1,196,467.15 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,606.21 | 1,194,860.94 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,661.34 | 1,193,199.60 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,830.82 | 1,191,368.78 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,713.61 | 1,189,655.17 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,654.10 | 1,188,001.07 |
| | | | **ACCOUNT TOTALS** | | 3,445,689.13 | 2,257,688.06 | **$1,188,001.07** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,445,689.13 | 2,257,688.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,445,689.13** | **$2,257,688.06** | |

{} Asset reference(s)

Printed: 07/02/2014 01:04 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 10-43405 | **Trustee:** Tracey L. Montz (300380) |
| **Case Name:** MORAN LAKE CONVALESCENT CENTER, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9767 - Checking Account |
| **Taxpayer ID #:** **-***4712 | **Blanket Bond:** $62,105,000.00 (per case limit) |
| **Period Ending:** 07/02/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 3,904,403.25 |
| Less Other Noncompensable Items : | 437,669.97 |
| Net Estate : | $3,466,733.28 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******74-65** | 458,714.12 | 458,714.12 | 0.00 |
| **Checking # ****-******74-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ******9765** | 0.00 | 0.00 | 0.00 |
| **Checking # ******9767** | 3,445,689.13 | 2,257,688.06 | 1,188,001.07 |
| | $3,904,403.25 | $2,716,402.18 | $1,188,001.07 |

{} Asset reference(s)

Printed: 07/02/2014 01:04 PM    V.13.15

# Exhibit C

**Case: 10-43405**     **MORAN LAKE CONVALESCENT CENTER, LLC**

Claims Bar Date:  06/02/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | SAS-Moran Lake Holding Company, LLC<br>Assignee of Roswell Holdings Mortgage<br>c/o James B. Boone, Esq.,P O Box 266646<br>Weston, FL 33326 | Secured<br>06/01/11 | Assignee of Roswell Holdings Mortgage<br>c/o James B. Boone, Esq.,P O Box 266646<br>Weston, FL 33326 | $4,102,368.19<br>$2,245,689.13 | $2,245,689.13 | $0.00 |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 5 | Rhonda F. Houser<br>1606 Gaylor Street, SE<br>Smyrna, GA 30082 | Secured<br>06/02/11 | 1606 Gaylor Street, SE<br>Smyrna, GA 30082 | $2,500,000.00<br>$0.00 | $0.00 | $0.00 |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 6 | Rhonda F. Houser<br>1606 Gaylor Street, SE<br>Smyrna, GA 30082 | Secured<br>06/02/11 | 1606 Gaylor Street, SE<br>Smyrna, GA 30082 | $2,500,000.00<br>$0.00 | $0.00 | $0.00 |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 7 | Pamela G. Houser<br>4220 Spring Creek Lane<br>Atlanta, GA 30350 | Secured<br>06/02/11 | 4220 Spring Creek Lane<br>Atlanta, GA 30350 | $1,500,000.00<br>$0.00 | $0.00 | $0.00 |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 8 | Jacqueline K. Houser<br>5336 Whiting Avenue<br>Edina, MN 55439-1256 | Secured<br>06/02/11 | 5336 Whiting Avenue<br>Edina, MN 554391256 | $225,000.00<br>$0.00 | $0.00 | $0.00 |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 13 | Retirement Care Assoc/Sunbridge Healthcare<br>Gregory R Crochet, Esq.,Kutak Rock LLP,225 Peachtree St NE Ste 2100<br>Atlanta, GA 30303-1731 | Secured<br>09/15/11 | Gregory R Crochet, Esq.<br>Kutak Rock LLP,225 Peachtree St NE Ste 2100<br>Atlanta, GA 303031731 | $375,648.08<br>$0.00 | $0.00 | $0.00 |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |

# Exhibit C

**Case:  10-43405**            **MORAN LAKE CONVALESCENT CENTER, LLC**

Claims Bar Date:  06/02/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Jacqueline K. Houser<br>5336 Whiting Avenue<br><br>Edina, MN 55439-1256 | Priority<br>06/02/11 | <br><br>5336 Whiting Avenue<br>Edina, MN 554391256<br>-----------------------------------------------------------------------------* * * | $85,000.00<br>$0.00 | $0.00 | $0.00 |
|  | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| 11 | Jacqueline K. Houser<br>Healthcare Realty and Development, LLC<br>5336 Whiting Avenue<br>Edina, MN 55439 | Priority<br>06/02/11 | <br><br>Healthcare Realty and Development, LLC<br>5336 Whiting Avenue<br>Edina, MN 55439<br>-----------------------------------------------------------------------------* * * | $100,000.00<br>$0.00 | $0.00 | $0.00 |
|  | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| 1 | Frankel & Assoc LLP<br>Craige Frankel Esq<br>4500 SunTrust Plaza,303 Peachtree St NE<br>Atlanta, GA 30308 | Unsecured<br>02/11/11 | <br><br>Craige Frankel Esq<br>4500 SunTrust Plaza,303 Peachtree St NE<br>Atlanta, GA 30308<br>-----------------------------------------------------------------------------* * * | $65,346.14<br>$65,346.14 | $0.00 | $65,346.14 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 2 | Loretta Terhune Estate<br>Perrotta Cahn etal/Robert Lamb,Suite<br>3250 Atlanta Plaza,950 E Paces Ferry Rd<br>Atlanta, GA 30326 | Unsecured<br>02/18/11 | <br><br>Perrotta Cahn etal/Robert Lamb<br>Suite 3250 Atlanta Plaza,950 E Paces Ferry Rd<br>Atlanta, GA 30326<br>-----------------------------------------------------------------------------* * * | $43,500,000.00<br>$43,500,000.00 | $0.00 | $43,500,000.00 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 3 | Internal Revenue Service<br>P. O. Box 7346<br><br>Philadelphia, PA 19101-7346 | Unsecured<br>03/25/11 | <br><br>P. O. Box 7346<br>Philadelphia, PA 191017346<br>-----------------------------------------------------------------------------* * * | $11,979.30<br>$11,979.30 | $0.00 | $11,979.30 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 | Jacqueline K. Houser<br>Healthcare Realty and Development, LLC<br>5336 Whiting Avenue<br>Edina, MN 55439 | Unsecured<br>06/02/11 | <br><br>Healthcare Realty and Development, LLC<br>5336 Whiting Avenue<br>Edina, MN 55439 | $7,000,000.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

**Case: 10-43405**  **MORAN LAKE CONVALESCENT CENTER, LLC**

Claims Bar Date: 06/02/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | ----------------------------------------------------------------------* * * | | | |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 12 | Retirement Care Associates/Sunbridge Healthcare<br>Gregory R Crochet, Esq, Kutak Rock LLP, 225 Peachtree St NE Ste 2100<br>Atlanta, GA 30303-1731 | Unsecured<br>09/15/11 | Gregory R Crochet, Esq<br>Kutak Rock LLP, 225 Peachtree St NE Ste 2100<br>Atlanta, GA 303031731 | $375,648.08<br>$375,648.08 | $0.00 | $375,648.08 |
| | | | ----------------------------------------------------------------------* * * | | | |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| | | | **Case Total:** | | $2,245,689.13 | $43,952,973.52 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 10-43405
Case Name: MORAN LAKE CONVALESCENT CENTER, LLC
Trustee Name: Tracey L. Montz

**Balance on hand:**     $     1,188,001.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | SAS-Moran Lake Holding Company, LLC | 4,102,368.19 | 2,245,689.13 | 2,245,689.13 | 0.00 |
| 5 | Rhonda F. Houser | 2,500,000.00 | 0.00 | 0.00 | 0.00 |
| 6 | Rhonda F. Houser | 2,500,000.00 | 0.00 | 0.00 | 0.00 |
| 7 | Pamela G. Houser | 1,500,000.00 | 0.00 | 0.00 | 0.00 |
| 8 | Jacqueline K. Houser | 225,000.00 | 0.00 | 0.00 | 0.00 |
| 13 | Retirement Care Assoc/Sunbridge Healthcare | 375,648.08 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     1,188,001.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Tracey L. Montz | 127,252.00 | 0.00 | 127,252.00 |
| Trustee, Expenses - Tracey L. Montz | 2,349.76 | 0.00 | 2,349.76 |
| Attorney for Trustee, Fees - ALSTON & BIRD | 476,687.00 | 0.00 | 476,687.00 |
| Attorney for Trustee, Expenses - ALSTON & BIRD | 9,304.92 | 0.00 | 9,304.92 |
| Accountant for Trustee, Fees - Stonebridge Accounting Strategies, Inc. | 7,222.50 | 0.00 | 7,222.50 |
| Accountant for Trustee, Expenses - Stonebridge Accounting Strategies, Inc. | 51.20 | 0.00 | 51.20 |
| Charges, U.S. Bankruptcy Court | 543.00 | 0.00 | 543.00 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |
| Other Fees: John F. McMullan, Consultant | 4,375.00 | 0.00 | 4,375.00 |
| Attorney for Trustee Fees - John C. Pennington, P.C. | 19,250.00 | 0.00 | 19,250.00 |
| Attorney for Trustee Expenses - John C. Pennington, P.C. | 25.06 | 0.00 | 25.06 |

**UST Form 101-7-TFR (05/1/2011)**

|  | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 647,385.44 |
| Remaining balance: | $ | 540,615.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 540,615.63 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 540,615.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,952,973.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Frankel & Assoc LLP | 65,346.14 | 0.00 | 803.76 |
| 2 | Loretta Terhune Estate | 43,500,000.00 | 0.00 | 535,044.09 |
| 3 | Internal Revenue Service | 11,979.30 | 0.00 | 147.35 |
| 12 | Retirement Care Associates/Sunbridge Healthcare | 375,648.08 | 0.00 | 4,620.43 |

|  | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 540,615.63 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**